UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-mj-04168-AOR

UNITED STATES OF AMERICA

vs.

EDGARD MANUEL CORDERO,
RAFAEL FELIZ FELIZ, and
FELIX ANTONIO TAVERAS MATEO,

      Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013?   ___ Yes   _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014?   ___ Yes   _X_ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019?   ___ Yes   _X_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By: *Richard E. Getchell*
RICHARD E. GETCHELL
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 817643
99 N.E. 4th Street
Miami, Florida 33132
(305) 961-9281 (office)
(786) 564-9126 (cell)
(305) 536-7213 (fax)
Email: richard.getchell@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) |
| EDGARD MANUEL CORDERO, RAFAEL FELIZ FELIZ, and FELIX ANTONIO TAVERAS MATEO, | ) Case No. 1:20-mj-04168-AOR ) ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about **December 3, 2020**, upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 46, United States Code, Section 70506(b) | Conspiracy to possess with intent to distribute a controlled substance, while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b). |
| | Pursuant to 46 U.S.C. § 70506(a), and 21 U.S.C. § 960(b)(1)(B), it is further alleged that this violation involved five (5) or more kilograms of a mixture and substance containing a detectable amount of cocaine. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA S/A Charles H. Noonan
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this 14 th day of December, 2020.

Date: 12/14/20

*Judge's signature*

City and state: Miami, Florida

Hon. Alicia M. Otazo-Reyes, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Charles H. Noonan, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a Special Agent with the Drug Enforcement Administration (DEA), Miami Field Division. I have been a DEA Special agent since 1996. Presently I am assigned to the High Intensity Drug Trafficking Area task force, Enforcement Group 43, in Miami, Florida. As such, I am an investigative or law enforcement officer within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21, and 46 of the United States Code. I have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics-trafficking organizations operate. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. This Affidavit is submitted in support of a criminal complaint which charges that **EDGARD MANUEL CORDERO ("CORDERO"), RAFAEL FELIZ FELIZ ("FELIZ"), and FELIX ANTONIO TAVERAS MATEO ("TAVERAS")** (collectively "the Defendants") did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, that is, five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

3. The facts set forth in this Affidavit are based on my personal knowledge as well as documents provided to me in my official capacity, information obtained from other individuals, including officers and witnesses, my review of documents and records related to this investigation,

communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. The information contained in this Affidavit is true and correct to the best of my knowledge and belief. Because this Affidavit is solely for the purpose of establishing probable cause, it does not contain all of the information known about this investigation.

## PROBABLE CAUSE

4. On or about December 3, 2020, while on patrol in the Caribbean Sea, the USCGC RELIANCE detected a go-fast vessel (GFV) approximately 136 nautical miles north of Santa Marta, Colombia. RELIANCE launched its over-the-horizon (OTH) vessel to investigate. The USCG boarding team observed a tarp covering the bow and bales and fuel cans on the deck. After coming alongside the GFV, the boarding team conducted routine right of approach questioning in Spanish. The vessel's master, later identified as **CORDERO**, made a verbal claim of Colombian nationality for the GFV, which had no visible indicia of nationality. Upon inquiry pursuant to the bilateral agreement between the United States and Colombia, the Government of Colombia could neither confirm nor deny registry of the vessel. Accordingly, the GFV was treated as a vessel without nationality and the boarding team was authorized to enforce U.S law.

5. The USCG boarding team commenced boarding procedures. The boarding team located 19 bales of suspected contraband on the deck of the GFV. A NIK test performed on one of the bales was positive for the presence of cocaine. The boarding team also found in an open forward compartment a black duffle bag containing 9 bricks of suspected marijuana. A NIK test of one of the bricks was positive for the presence of marijuana. No additional contraband was located on the GFV, which ultimately was sunk as a hazard to navigation. However, a bale which

matched the color of the bales found on the GFV was recovered floating in the vicinity. The bale was retrieved and a NIK test was positive for the presence of cocaine. The at-sea weight of the contraband recovered from the GFV and the bale recovered from the water was 690 kilograms of cocaine and 10 pounds of marijuana.

6. The three crew members of the GFV were removed and embarked upon the cutter. The three crew members removed from the GFV were identified as **EDGARD MANUEL CORDERO, RAFAEL FELIZ FELIZ, and FELIX ANTONIO TAVERAS MATEO**, all nationals of the Dominican Republic.

## CONCLUSION

7. Based on the information provided above, I respectfully submit that probable cause exists to believe that **EDGARD MANUEL CORDERO, RAFAEL FELIZ FELIZ, and FELIX ANTONIO TAVERAS MATEO**, did knowingly and intentionally conspire to possess with intent to distribute a controlled substance, that is, five (5) kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

CHARLES H. NOONAN
SPECIAL AGENT
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by FaceTime this __14__ th day of December, 2020.

HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

3